IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:25cr216-MHT** |
| | ) | **(WO)** |
| **SHARON JONES GREEN** | ) | |

**ORDER**

It is ORDERED that:

(1) Defendant Sharon Jones Green's motion to continue trial (Doc. 85) is denied as moot in light of the government's stated intent to dismiss the charges against said defendant.

(2) The status conference currently set for October 2, 2025, to discuss said motion is cancelled.

DONE, this the 1st day of October, 2025.

           <u>/s/ Myron H. Thompson</u>
           **UNITED STATES DISTRICT JUDGE**