AO 245B (Rev. 11/25)   Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| SAMUEL CORNELIUS GREEN | ) | Case Number: 2:25CR216-MHT-01 |
| | ) | USM Number: 66235-511 |
| | ) | Timothy C. Halstrom |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   8, 10, 12 & 14 of the Indictment on 10/8/2025.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18:1349 | Wire Fraud Conspiracy | 11/9/2021 | 8 |
| 18:1343 | Wire Fraud | 3/19/2021 | 10 |
| 18:1343 | Wire Fraud | 3/25/2021 | 12 |

   The defendant is sentenced as provided in pages 2 through   8   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   1-4, 9, 11, 13 & 18-19   ☐ is   ☑ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/14/2026
Date of Imposition of Judgment

/s/ Myron H. Thompson
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

1/21/2026
Date

AO 245B (Rev. 11/25) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 2 of 8

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1343 | Wire Fraud | 11/7/2021 | 14 |

AO 245B (Rev. 11/25) Judgment in a Criminal Case
Sheet 1A

Judgment—Page 2 of 8

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# PROBATION

You are hereby sentenced to probation for a term of:

Three (3) years. This term consists of 3 years on Counts 8, 10, 12 & 14, to be served concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
    - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☑ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Judgment—Page 5 of 8

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# SPECIAL CONDITIONS OF SUPERVISION

1. Defendant shall provide the probation officer any requested financial information.

2. Defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

3. Defendant shall participate in the location monitoring program and shall comply with the conditions of home detention, which will be monitored by a location monitoring system determined by his probation officer for a period of ten months. Defendant shall wear a location monitoring device and follow the monitoring procedures specified by the probation officer. Defendant shall pay all costs to the program based on his ability to pay as determined by his probation officer.

4. Defendant shall submit to a search of his person, residence, office, and vehicle pursuant to the search policy of this court.

5. Defendant shall participate in a mental-health treatment program approved by the United States Probation Office as directed and contribute to the cost based on his ability to pay and availability of third-party payments.

AO 245B (Rev. 11/25)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 8

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| TOTALS | $ 400.00 | $ 118,175.00 | $ 1,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| United States Department of Treasury | $118,175.00 | $118,175.00 | |

The addresses for the Department of the Treasury are as follows:

**Using U.S. Mail:** BUREAU OF THE FISCAL SERVICE, Attention - Accounts Receivable Branch, PO Box 1328, Parkersburg, WV 26106-1328

**Using Fedex or UPS**: BUREAU OF THE FISCAL SERVICE, Attention - Accounts Receivable Branch, Parkersburg Warehouse & Op Center Dock 1, 257 Bosley Industrial Park Drive, Parkersburg, WV 36101

| TOTALS | $ 118,175.00 | $ 118,175.00 |
|---|---|---|

☑ Restitution amount ordered pursuant to plea agreement   $ 118,175.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☑ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 119,575.00 due immediately, balance due

☐ not later than _____ , or
☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary payments shall be made payable to the Clerk, U.S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36104. Any balance remaining at the start of supervision shall be paid at the rate of not less than $100.00 per month. Interest on restitution is waived.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| 2:25cr216-01 Samuel Cornelius Green 2:25cr216-03 Schemillia Levera Fenn | 118,175.00 | 118,175.00 | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
See page 8 for forfeited property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Case 2:25-cr-00216-MHT-JTA   Document 169   Filed 01/21/26   Page 8 of 8
AO 245B (Rev. 11/25)   Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page 8 of 8

DEFENDANT: SAMUEL CORNELIUS GREEN
CASE NUMBER: 2:25CR216-MHT-01

# ADDITIONAL FORFEITED PROPERTY

a. Certain real property and premises located at 870 Co. Rd. 2208, Troy, AL 36079, with all appurtenances and improvements thereon, more particularly described as follows: Parcel 1: Beginning at an old iron pin known as the northeast corner of the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama; thence North 86° 50' East for 53.8 feet to the point of beginning; thence North 86°24' East for 137.08 feet to an iron pin; thence South 43° 01'29" East for 316.88 feet to an iron pin; thence South 41° 50' West for 105.65 feet to an iron pin; thence North 43° 07' West for 413.40 feet to the point of beginning, containing 0.88 acres more or less, and lying in Section 11, T9N, R20E, Pike County, Alabama. Parcel 2: A lot or parcel of land lying in the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama, being more particularly described as follows: Commencing at a point which is 872.8 feet South 64° 54' West of the Northeast corner of the SE 1/4 of the NW 1/4, Section 11, said point being the Northeast corner of lot of Warren Barron; thence running South 41° 50' West 210.0 feet to the north right of way of the highway from U.S. Highway 29 to the Henderson Highway; thence North 45°05' West 361.2 feet along said highway; thence North 80° 19' East 80.11 feet; thence North 5°49' West 187.8 feet; thence North 86° 50' East 53.8 feet; thence South 43°07' East 413.4 feet to the point of beginning, containing 1.9 acres more or less.

b. Certain real property and premises located at 105 Fox St, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: Lot No. 25, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate, Pike County, Alabama, in Map Book 2 at page 96.

c. Certain real property and premises located at 1587 Co Rd 7714, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: A lot or parcel of land lying on the west side of the old Montgomery Highway in the Northeast quarter of the Southwest quarter, Section 25, Township 11 North, Range 20 East, Pike County, Alabama, being more particularly described as follows: Commencing at a point on the west right of way of said highway (60 feet from centerline), said point being 311.0 feet Southerly along said right of way from the point of intersection of said right of way and the north line of the said Northeast quarter of the Southwest quarter; running thence along said right of way South 9° 25' East 210.0 feet thence South 80° 35' West 210.0 feet; thence North 9° 25' West 210.0 feet; thence North 80° 35' East 210.0 feet to the point of beginning, containing 1.0 acres more or less. Also a water easement to adjoining property being 5 feet on each side of the following described centerline: Commencing at a point on the north line of said lot, said point being 87 feet Northeasterly from the northwest corner; running thence North 19° 34' West 314 feet to the center of existing well.