IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. )    CASE NO. 2:25-cr-00216-MHT
)                 (WO)
SAMUEL CORNELIUS GREEN )

## FINAL ORDER OF FORFEITURE

Before the court is the government's motion for a final order of forfeiture (Doc. 164) filed on January 16, 2026.

On October 29, 2025, this court entered a preliminary order of forfeiture (Doc. 120) ordering the defendant to forfeit his interest in the following:

a)    Certain real property and premises located at 870 Co Rd 2208, Troy, AL 36079, with all appurtenances and improvements thereon, more particularly described as follows: Parcel 1: Beginning at an old iron pin known as the northeast corner of the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama; thence North 86° 50' East for 53.8 feet to the point of beginning; thence North 86°24' East for 137.08 feet to an iron pin; thence South 43°01'29" East for 316.88 feet to an iron pin; thence South 41° 50' West for 105.65 feet to an iron pin; thence North 43° 07' West for 413.40 feet to the point of beginning, containing 0.88 acres more or less, and lying in Section 11, T9N, R20E, Pike County, Alabama. Parcel 2: A lot or parcel of land lying in the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama, being more particularly described as follows: Commencing at a point which is 872.8 feet South 64° 54' West of the Northeast corner of the SE 1/4 of the NW 1/4, Section 11, said point being the Northeast corner of lot of Warren Barron; thence running South 41° 50' West 210.0 feet to the north right of way of the highway from U.S. Highway 29 to the Henderson Highway; thence North 45°05' West

361.2 feet along said highway; thence North 80° 19' East 80.11 feet; thence North 5°49' West 187.8 feet; thence North 86° 50' East 53.8 feet; thence South 43°07' East 413.4 feet to the point of beginning, containing 1.9 acres more or less.

   b)    Certain real property and premises located at 105 Fox St, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: Lot No. 25, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate, Pike County, Alabama, in Map Book 2 at page 96.

   c)    Certain real property and premises located at 1587 Co Rd 7714, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: A lot or parcel of land lying on the west side of the old Montgomery Highway in the Northeast quarter of the Southwest quarter, Section 25, Township 11 North, Range 20 East, Pike County, Alabama, being more particularly described as follows: Commencing at a point on the west right of way of said highway (60 feet from centerline), said point being 311.0 feet Southerly along said right of way from the point of intersection of said right of way and the north line of the said Northeast quarter of the Southwest quarter; running thence along said right of way South 9° 25' East 210.0 feet thence South 80° 35' West 210.0 feet; thence North 9° 25' West 210.0 feet; thence North 80° 35' East 210.0 feet to the point of beginning, containing 1.0 acres more or less. Also a water easement to adjoining property being 5 feet on each side of the following described centerline Commencing at a point on the north line of said lot, said point being 87 feet Northeasterly from the northwest corner; running thence North 19° 34' West 314 feet to the center of existing well.

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. *See* Decl. of Publication (Doc. 163). On October 31, 2025, the government provided direct notice of this forfeiture to Moses Griffin and Mattie Thomas. *See* Process Receipt and Return (Doc. 122). On November 5, 2025, notice of this forfeiture was placed on the door of each of the properties listed above. *See* Process Receipts and Returns (Docs. 123-125).

No petitions of interest have been filed, and the time to do so has expired. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982(a), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. §§ 1343 and 1349.

Accordingly, it is hereby **ORDERED** that the government's motion for a final order of forfeiture (Doc. 164) is granted as follows:

1.      The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461 and 21 U.S.C. § 853(a):

        a)      Certain real property and premises located at 870 Co. Rd. 2208, Troy, AL 36079, with all appurtenances and improvements thereon, more particularly described as follows: Parcel 1: Beginning at an old iron pin known as the northeast corner of the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama; thence North 86° 50' East for 53.8 feet to the

3

point of beginning; thence North 86°24' East for 137.08 feet to an iron pin; thence South 43°01'29" East for 316.88 feet to an iron pin; thence South 41° 50' West for 105.65 feet to an iron pin; thence North 43° 07' West for 413.40 feet to the point of beginning, containing 0.88 acres more or less, and lying in Section 11, T9N, R20E, Pike County, Alabama. Parcel 2: A lot or parcel of land lying in the SE 1/4 of the NW 1/4 of Section 11, T9N, R20E, Pike County, Alabama, being more particularly described as follows: Commencing at a point which is 872.8 feet South 64° 54' West of the Northeast corner of the SE 1/4 of the NW 1/4, Section 11, said point being the Northeast corner of lot of Warren Barron; thence running South 41° 50' West 210.0 feet to the north right of way of the highway from U.S. Highway 29 to the Henderson Highway; thence North 45°05' West 361.2 feet along said highway; thence North 80° 19' East 80.11 feet; thence North 5°49' West 187.8 feet; thence North 86° 50' East 53.8 feet; thence South 43°07' East 413.4 feet to the point of beginning, containing 1.9 acres more or less.

b)      Certain real property and premises located at 105 Fox St, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: Lot No. 25, according to the Plat of Henderson Lake Subdivision #2, as recorded in the Office of the Judge of Probate, Pike County, Alabama, in Map Book 2 at page 96.

c)      Certain real property and premises located at 1587 Co. Rd. 7714, Troy, AL 36081, with all appurtenances and improvements thereon, more particularly described as follows: A lot or parcel of land lying on the west side of the old Montgomery Highway in the Northeast quarter of the Southwest quarter, Section 25, Township 11 North, Range 20 East, Pike County, Alabama, being more particularly described as follows: Commencing at a point on the west right of way of said highway (60 feet from centerline), said point being 311.0 feet Southerly along said right of way from the point of intersection of said right of way and the north line of the said

4

Northeast quarter of the Southwest quarter; running thence along said right of way South 9° 25' East 210.0 feet thence South 80° 35' West 210.0 feet; thence North 9° 25' West 210.0 feet; thence North 80° 35' East 210.0 feet to the point of beginning, containing 1.0 acres more or less. Also a water easement to adjoining property being 5 feet on each side of the following described centerline Commencing at a point on the north line of said lot, said point being 87 feet Northeasterly from the northwest corner; running thence North 19° 34' West 314 feet to the center of existing well.

2.      All right, title, and interest to/in the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.      In the event any of the above-listed real properties are occupied by any person, including any tenants or squatters, any right of possession is hereby extinguished.

4.      The United States Marshals Service ("USMS") is hereby ordered to deliver a copy of this order to any occupants of the above real properties by posting a copy of this order on the front door of the properties.

5.      Any occupants of the above listed properties are to vacate the premises and remove all personal property within **three weeks** of the date of delivery of this order ("removal date").

6.      If any occupant does not vacate the property by the removal date, the USMS may, without further order of the court, remove the occupant and their personal property. In doing so, the USMS may enlist the assistance of, and be accompanied by, any federal, state, or local law enforcement officers it has selected to ensure the safety of any person, and may use such force as reasonably necessary to gain entry and remove the occupants and their personal property, including breaking locks, removing barricades, and forcibly removing any person or personal property from the premises.

5

7.     The USMS is authorized to grant extensions to the removal date at its sole discretion.

8.     Any personal property remaining on the premises after the removal date shall be deemed abandoned and may be disposed of at the discretion of the USMS without further liability.

9.     The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DONE, this the 21st day of January, 2026.


/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE